UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Raul Garcia, | § | United States District Court |
| | § | Southern District of Texas |
| Plaintiff, | § | **ENTERED** |
| | § | November 24, 2021 |
| *versus* | § | Nathan Ochsner, Clerk |
| | § | Civil Action H-21-3331 |
| U.S. Bank Trust, N.A., | § | |
| | § | |
| Defendant. | § | |

## Order Administratively Closing Case

Because: (a) it is a duplicative removal of the same state court case, and (b) the property is located in the McAllen district where the other removal is pending, this case is administratively closed in favor of the first removed case – *7:21-cv-387 Raul N. Garcia v. U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust.* (4)

Signed on November 24, 2021, at Houston, Texas.

Lynn N. Hughes
United States District Judge